**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-6615**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

ALEJANDRO DEJESUS HERNANDEZ, a/k/a Kamarky,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CR-91-139-A, CA-97-869-AM)

───────────

Submitted: June 23, 1998          Decided: July 9, 1998

───────────

Before NIEMEYER, HAMILTON, and WILLIAMS, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Alejandro Dejesus Hernandez, Appellant Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Bernard James Apperson, III, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Hernandez, Nos. CR-91-139-A; CA-97-869-AM (E.D. Va. Oct. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED